STATE OF NEW JERSEY v. FREDERICK J. KRUG.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. NAEEM BLUNT.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HILLARD PHILLIPS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY TAZEWELL.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL CIRELLI.

May 30, 1989.

Petition for certification denied.